**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-02308-LTB-MEH

GERALD E. VANINETTI,

      Plaintiff,

v.

WESTERN POCAHONTAS PROPERTIES LIMITED PARTNERSHIP,
GREAT NORTHERN PROPERTIES, LIMITED PARTNERSHIP, and
GREAT NORTHERN POWER DEVELOPMENT, L.P.,

      Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 26 - filed April 4, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:   April 5, 2013